#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **Jonathan Josue Acevedo-Cruz** Defendant. | Criminal No. 25-cr-00173-PAD |

## MOTION TO RESTRICT DOCUMENT ECF Doc. No. 42

TO THE HONORABLE COURT:

1. On January 8, 2026, the United States filed a pleading that is self-explanatory related to the above captioned case (the "Pleading"). ECF Doc. No. 42

2. In compliance with this Court's Standing Order No. 9 dated January 30, 2013, and Standing Order No. 11 dated September 23, 2025, the United States respectfully requests that the Pleading be accepted by the Court for filing with the following level of restriction: Selected Parties.

3. The United has filed the Pleading with the requested level of restriction because the level of restriction requested is necessary to protect the confidentiality of the matters detailed in the Pleading and otherwise avoid

adverse results from dissemination of the information detailed in the Pleading.

4. As more fully set forth in the Pleading, the protection of the information detailed in the Pleading outweighs the presumption of public access.

**WHEREFORE**, the United States respectfully prays the Court accept and file the Pleading under the requested restriction level, and issue and ORDER directing the Pleading to remain under such restriction level until further order by the Court.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of January, 2026.

**W. STEPHEN MULDROW**
United States Attorney

s/Carlos J. Romo Aledo
Carlos J. Romo Aledo
Special Assistant United States Attorney
USDC 230407
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
carlos.romo.aledo@usdoj.gov